174

CONNECTICUT BANK AND TRUST COMPANY *v.*
SYLVAN KATSKE ET AL.
(5218)

DALY, NORCOTT and FOTI, Js.

Argued December 8, 1987—decision released January 5, 1988

*William H. Clendenen, Jr.,* with whom, on the brief,
was *Robert F. Carter,* for the appellants (named defendant et al.).

*Mary E. Holzworth,* for the appellee (plaintiff).

PER CURIAM. This is an appeal by the defendants
from a judgment of strict foreclosure in favor of the
plaintiff on a mortgage securing a guaranty on a note
in the principal amount of $218,700. The defendants
asserted special defenses alleging unconscionable acts
and violations of the Connecticut Unfair Trade Practices Act by the plaintiff.

The sole issue of this appeal is whether the trial court
erred in finding that the defendants had failed to sustain their burden of proof on the special defenses.

The trial court filed a detailed memorandum of decision; *Connecticut Bank & Trust Co.* v. *Katske,* 40 Conn.
Sup. 560, 535 A.2d 836 (1987); which adequately discusses the facts and sole issue. After examining the record and the briefs of the parties, we conclude that no
further articulation of the law or facts is necessary. See
*Faith Center, Inc.* v. *Hartford,* 192 Conn. 434, 436, 472

A.2d 16 (1984); *Hinchliffe* v. *American Motors Corporation,* 192 Conn. 252, 253, 470 A.2d 1216 (1984). The trial court memorandum should be referred to for a detailed discussion.

There is no error. The case is remanded to the trial court to set new law days.